## UNCLAIMED FUNDS

NOVEMBER 16, 2010

05-61733   BRIAN DOYLE
MELANIE DOYLE
CREDITOR DID NOT CASH CHECK
CHECK #461703 FOR $32.79
METRO DISPOSAL
6650 W SNOWVILLE RD
BRECKSVILLE, OH  44141-3242

07-60023   DARNELL GRAHAM
CREDITOR DID NOT CASH CHECK
CHECK #461704 FOR $45.70
AMERICAN CASH EXC-HAWKINS
1544 S HAWKINS AVENUE
AKRON, OH  44320-4055

```
    0 · *

   32 · 79 +
   45 · 70 +
   78 · 49 *
```